NUMBER 13-02-413-CV

 

                             COURT OF APPEALS

 

                   THIRTEENTH DISTRICT OF TEXAS

 

                                CORPUS CHRISTI

____________________________________________________________________

 

BILLY
RELL MILES,                                                               Appellant,

 

                                                   v.

 

TEXAS DEPARTMENT OF CRIMINAL
JUSTICE, ET AL.,             Appellees.

____________________________________________________________________

 

                         On appeal from the 94th District Court

                                  of Nueces County, Texas.

____________________________________________________________________

 

                                   O P I N I O N

 

                   Before Justices
Dorsey, Rodriguez, and Castillo

                                       Opinion Per Curiam

 








Appellant, BILLY
RELL MILES, perfected an appeal from a judgment entered by the   94th District Court of Nueces County, Texas, in cause number 00-4745-C.  The clerk=s record was filed on July 17, 2002.  No reporter=s record was filed.   Appellant=s brief was due on August 16, 2002.
To date, no appellate brief has been received.

When the appellant has
failed to file a brief in the time prescribed, the Court may dismiss the appeal
for want of prosecution, unless the appellant reasonably explains the failure
and the appellee is not significantly injured by the appellant=s failure to timely
file a brief.  Tex. R. App. P. 38.8(a)(1).

On September 16, 2002,
notice was given to all parties that this appeal was subject to dismissal
pursuant to Tex. R. App. P. 38.8(a)(1).  Appellant was
given ten days to explain why the cause should not be dismissed for failure to
file a brief.  To date, no appellate
brief has been filed.

The Court, having
examined and fully considered the documents on file, appellant=s failure to file a
proper appellate brief, this Court=s notice, and
appellant=s failure to file a
proper response, is of the opinion that the appeal should be dismissed for want
of prosecution.  The appeal is hereby
DISMISSED FOR WANT OF PROSECUTION.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

 

Opinion delivered and filed

this the 19th
day of December, 2002